United States Bankruptcy Court for the:

District of Delaware

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. **Debtor's name** | Mallinckrodt Hospital Products IP Unlimited Company | |
| 2. **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | Mallinckrodt Hospital Products IP Limited | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 98-1273300 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| College Business & Technology Park  Number   Street | 675 McDonnell Blvd.  Number   Street |
| Cruiserath Road, Blanchardstown | _____  P.O. Box |
| Dublin 15  Ireland  City    State  ZIP Code | Hazelwood   Missouri  63042  City    State  ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| _____  County | _____  Number   Street |
| | _____  City    State  ZIP Code |

5. **Debtor's website** (URL)  www.mallinckrodt.com

Debtor   __Mallinckrodt Hospital Products IP Unlimited Company__          Case number (if known)_____
       Name

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

3  2  5  4

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box.  A debtor is defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Debtor  Mallinckrodt Hospital Products IP Unlimited Company        Case number (if known) _____
        Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes. District _____ When _____ Case number _____
                               MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes. Debtor  See Attachment 1      Relationship  Affiliate
       District  District of Delaware     When  Contemporaneously
                                                MM / DD / YYYY
       Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number      Street

_____
City                               State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

Debtor    Mallinckrodt Hospital Products IP Unlimited Company    Case number (if known)_____
         Name

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**
(on a consolidated basis)

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☒ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**
(on a consolidated basis)

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☒ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**
(on a consolidated basis)

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☒ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/12/2020
             MM / DD / YYYY

✘ /s/ Bryan M. Reasons                    Bryan M. Reasons
Signature of authorized representative of debtor    Printed name

Title Director

Debtor   Mallinckrodt Hospital Products IP Unlimited Company          Case number (if known) _____
         Name

**18. Signature of attorney**

✕ /s/ Michael J. Merchant          Date   10/12/2020
Signature of Attorney for debtor          MM  / DD / YYYY

Michael J. Merchant
Printed name

Richards, Layton & Finger, P.A.
Firm name

920        North King Street
Number     Street

Wilmington                                  Delaware   19801
City                                        State      ZIP Code

302-651-7700                                merchant@rlf.com
Contact phone                               Email address

3854                          Delaware
Bar number                    State

# ATTACHMENT 1 TO VOLUNTARY PETITION

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "***Debtors***") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. Contemporaneously with the filing of their voluntary petitions, the Debtors are filing a motion with the Court requesting that their chapter 11 cases be consolidated for procedural purposes only and jointly administered.

| Debtor Name | Federal EIN |
| --- | --- |
| Mallinckrodt plc | 98-1088325 |
| Acthar IP Unlimited Company | 98-1219747 |
| IMC Exploration Company | 74-1856768 |
| Infacare Pharmaceutical Corporation | 31-1807488 |
| INO Therapeutics LLC | 47-0931456 |
| Ludlow LLC | 04-2614539 |
| MAK LLC | 82-3297479 |
| Mallinckrodt APAP LLC | 47-2085115 |
| Mallinckrodt ARD Finance LLC | 82-3638933 |
| Mallinckrodt ARD Holdings Inc. | 47-2402827 |
| Mallinckrodt ARD Holdings Limited | 98-1190042 |
| Mallinckrodt ARD IP Unlimited Company | 98-1273238 |
| Mallinckrodt ARD LLC | 33-0476164 |
| Mallinckrodt Brand Pharmaceuticals LLC | 90-0136080 |
| Mallinckrodt Buckingham Unlimited Company | UK Tax ID 7891923224 |
| Mallinckrodt Canada ULC | 98-1065149 |
| Mallinckrodt CB LLC | 83-1878651 |
| Mallinckrodt Critical Care Finance LLC | 47-5172425 |
| Mallinckrodt Enterprises Holdings, Inc. | 94-3160456 |
| Mallinckrodt Enterprises LLC | 36-4679061 |
| Mallinckrodt Enterprises UK Limited | 98-1190911 |
| Mallinckrodt Equinox Finance LLC | 32-0542730 |
| Mallinckrodt Group S.à r.l. | 98-1094611 |
| Mallinckrodt Holdings GmbH | 98-1162957 |
| Mallinckrodt Hospital Products Inc. | 41-2142317 |
| Mallinckrodt Hospital Products IP Unlimited Company | 98-1273300 |
| Mallinckrodt International Finance SA | 98-1094609 |
| Mallinckrodt International Holdings S.à r.l. | 98-1272203 |
| Mallinckrodt IP Unlimited Company | 98-1190770 |
| Mallinckrodt LLC | 43-1479062 |

| | |
|---|---|
| Mallinckrodt Lux IP S.à r.l. | 98-1190722 |
| Mallinckrodt Manufacturing LLC | 47-5172075 |
| Mallinckrodt Pharma IP Trading Unlimited Company | 98-1272335 |
| Mallinckrodt Pharmaceuticals Ireland Limited | 98-1217693 |
| Mallinckrodt Pharmaceuticals Limited | 98-1274182 |
| Mallinckrodt Quincy S.à r.l. | 98-1191395 |
| Mallinckrodt UK Finance LLP | 98-1274193 |
| Mallinckrodt UK Ltd | 98-1240542 |
| Mallinckrodt US Holdings LLC | 32-0408865 |
| Mallinckrodt US Pool LLC | 90-0937192 |
| Mallinckrodt Veterinary, Inc. | 36-3480465 |
| Mallinckrodt Windsor Ireland Finance Unlimited Company | Irish Tax ID 3347922OH |
| Mallinckrodt Windsor S.à r.l. | 98-1286736 |
| MCCH LLC | 32-0541022 |
| MEH, Inc. | 65-0952696 |
| MHP Finance LLC | 47-5176059 |
| MKG Medical UK Ltd | 98-1241288 |
| MNK 2011 LLC | 80-0739865 |
| MUSHI UK Holdings Limited | 98-1190248 |
| Ocera Therapeutics, Inc. | 63-1192270 |
| Petten Holdings Inc. | 83-3441641 |
| SpecGx Holdings LLC | 84-3594520 |
| SpecGx LLC | 81-4463153 |
| ST Operations LLC | 84-4597158 |
| ST Shared Services LLC | 84-3727053 |
| ST US Holdings LLC | 20-5950462 |
| ST US Pool LLC | 84-4591199 |
| Stratatech Corporation | 39-2025292 |
| Sucampo Holdings Inc. | 85-2745451 |
| Sucampo Pharma Americas LLC | 13-3929237 |
| Sucampo Pharmaceuticals, Inc. | 30-0520478 |
| Therakos, Inc. | 22-2575957 |
| Vtesse LLC | 47-1075596 |
| WebsterGx Holdco LLC | 85-0505835 |

**DECISION OF THE SOLE MEMBER**
of
**Mallinckrodt Hospital Products IP Unlimited Company**
**(Company Number 568351)**
**(the "Company")**

In accordance with Section 196(4) of the Companies Act 2014, we, the undersigned, being the sole member for the time being entitled to receive notice of, attend and vote at general meetings of the Company **HEREBY RESOLVE**:

**AS SPECIAL RESOLUTIONS:**

1. That the proposed filing by the Company of a voluntary petition under chapter 11 of title 11 of the Unites States Code be and is hereby approved for the purposes of facilitating an overall settlement with respect to:

    1.1 ongoing opioid litigation in which the Company's ultimate holding company, Mallinckrodt plc ("**Parent**" and together with its subsidiaries the "**Group**"), and certain US Group companies are defendants in within the US;

    1.2 litigation in which an affiliate of the Company, Mallinckrodt ARD LLC, is a defendant in the US relating to rebates payable in respect of the sale of the product known as Acthar Gel to Medicaid; and

    1.3 a restructuring of the obligations of certain Group companies with respect to:

        (a) obligations arising, as Issuers and/or Guarantors, from a credit agreement (as amended, supplemented or otherwise modified from time to time) dated 19 March 2014 between (1) the Company, (2) Mallinckrodt International Finance S.A. (the "**Issuer**"), as Lux Borrower, (3) Mallinckrodt CB LLC, as Co-Borrower, (4) the other borrowers from time to time party thereto, (5) the Lenders from time to time party thereto and (6) Deutsche Bank AG New York Branch, as administrative agent and collateral agent;

        (b) various series of unsecured notes consisting of: (i) unsecured 4.875% Senior Notes due 2020; (ii) unsecured 5.750% Senior Notes due 2022; (iii) unsecured 5.625% Senior Notes due 2023; (iv) unsecured 5.500% Senior Notes due 2025; and (v) unsecured 4.750% Senior Notes due 2023 (issued by the Issuer only) (together the "**Unsecured Notes**"); and (b) secured notes issued by way of exchange for certain of the Unsecured Notes consisting of: (i) 10.000% First Lien Senior Secured Notes due 2025; and (ii) 10.000% Second Lien Senior Secured Notes due 2025,

    (the "**Proposed Chapter 11 Cases**").

2. That the directors of the Company be and are hereby authorised to proceed with the Proposed Chapter 11 Cases and to enter into and deliver all other agreements and documents contemplated by the Proposed Chapter 11 Cases and to do or procure to be done all such acts and things on behalf of the Company as the directors consider necessary, desirable or expedient to implement, or otherwise in connection with, the Proposed Chapter 11 Cases.

**SIGNED** by the following being the sole member of the Company having the right to receive notice of, attend and vote at general meetings of the Company (or being a body corporate by it duly authorised person):

Signed: *Bryan Reasons*
        DocuSigned by: 8DED65E18E4A442

**For and on behalf of**
**Mallinckrodt IP Unlimited Company**

Dated: 9 October 2020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MALLINCKRODT HOSPITAL PRODUCTS IP UNLIMITED COMPANY, | ) Case No. 20-_____ (___) |
| | ) Tax ID: 98-1273300 |
| Debtor. | ) |

**CORPORATE OWNERSHIP STATEMENT**

The following is the list of entities that directly or indirectly own 10% or more of any class of the above-captioned debtor's equity interests. This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 for filing in this chapter 11 case.

| Shareholder | Approximate Percentage of Units Held |
|---|---|
| Mallinckrodt IP Unlimited Company | 100% |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| MALLINCKRODT HOSPITAL PRODUCTS IP ) | Case No. 20-_____ (___) |
| UNLIMITED COMPANY, ) |  |
| ) | Tax ID: 98-1273300 |
| Debtor. ) |  |
| ) |  |

## LIST OF EQUITY SECURITY HOLDERS

The following is a list of the above-captioned debtor's equity security holders. This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Equity Holder | Address | Ownership |
|---|---|---|
| Mallinckrodt IP Unlimited Company | College Business & Technology Park, Cruiserath Road, Blanchardstown, Dublin 15 Ireland | 100% |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-_____ (___) |
| Debtors.[1] | ) (Joint Administration Requested) |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 50 LARGEST UNSECURED CLAIMS

The above-captioned debtors and debtors in possession (collectively, the "***Debtors***") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C §§ 101-1532 (the "***Bankruptcy Code***"). Pursuant to Federal Rule of Bankruptcy Procedure 1007(d), the following is a consolidated list of the Debtors' creditors holding the fifty (50) largest unsecured claims (the "***Creditor List***") based on the Debtors' unaudited books and records as of October 9, 2020.

The Creditor List does not include (i) persons that come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) secured creditors, unless the value of such creditors' collateral is such that the unsecured deficiency places the creditor among the holders of the 50 largest unsecured claims.

The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' rights to challenge the amount or characterization of any claim at a later date. The failure to list a claim as contingent, unliquidated, or disputed does not constitute a waiver of the Debtors' rights to contest the validity, priority, and/or amount of any such claim at a later date.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Debtor Name  Mallinckrodt Hospital Products IP Unlimited Company

United States Bankruptcy Court for the: District of Delaware
(State)

Case number (*If known*): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders         12/15

**A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CENTERS FOR MEDICARE & MEDICAID SERVICES (CMS)<br><br>ATTORNEY OF RECORD:<br>U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION, FEDERAL PROGRAMS BRANCH<br><br>7500 SECURITY BOULEVARD<br>BALTIMORE, MD, 21244 | KEVIN MATTHEW SNELL<br>PH: (202) 305-0924<br>KEVIN.SNELL@USDOJ.GOV | PAYOR REBATES | | | | $650,000,000 |
| 2 | 5.75% SENIOR NOTES DUE 2022<br>ADMINISTRATIVE AGENT:<br>DEUTSCHE BANK TRUST COMPANY AMERICAS TRUST & AGENCY SERVICES<br>60 WALL STREET, 16TH FLOOR<br>MAIL STOP: NYC60-1630<br>NEW YORK, NEW YORK 10005<br>ATTN: CORPORATES TEAM – MALLINCKRODT INTERNATIONAL FINANCE, S.A.<br>FAX: 732-578-4635 | PHILIP TANCORRA<br>PH: 212-250-6576<br>PHILIP.TANCORRA@DB.COM | 5.75% SENIOR NOTES DUE 2022 | | | | $610,304,000 |
| 3 | 5.625% SENIOR NOTES DUE 2023<br>ADMINISTRATIVE AGENT:<br>DEUTSCHE BANK TRUST COMPANY AMERICAS TRUST & AGENCY SERVICES<br>60 WALL STREET, 16TH FLOOR<br>MAIL STOP: NYC60-1630<br>NEW YORK, NEW YORK 10005<br>ATTN: CORPORATES TEAM – MALLINCKRODT INTERNATIONAL FINANCE, S.A.<br>FAX: 732-578-4635 | PHILIP TANCORRA<br>PH: 212-250-6576<br>PHILIP.TANCORRA@DB.COM | 5.625% SENIOR NOTES DUE 2023 | | | | $514,673,000 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4 | 5.50% SENIOR NOTES DUE 2025 ADMINISTRATIVE AGENT: DEUTSCHE BANK TRUST COMPANY AMERICAS TRUST & AGENCY SERVICES 60 WALL STREET, 16TH FLOOR MAIL STOP: NYC60-1630 NEW YORK, NEW YORK 10005 ATTN: CORPORATES TEAM – MALLINCKRODT INTERNATIONAL FINANCE, S.A. FAX: 732-578-4635 | PHILIP TANCORRA PH: 212-250-6576 PHILIP.TANCORRA@DB.COM | 5.50% SENIOR NOTES DUE 2025 | | | | $387,207,000 |
| 5 | 4.75% SENIOR NOTES DUE 2023 ADMINISTRATIVE AGENT: DEUTSCHE BANK TRUST COMPANY AMERICAS TRUST & AGENCY SERVICES 60 WALL STREET, 16TH FLOOR MAIL STOP: NYC60-1630 NEW YORK, NEW YORK 10005 ATTN: CORPORATES TEAM – MALLINCKRODT INTERNATIONAL FINANCE, S.A. FAX: 732-578-4635 | PHILIP TANCORRA PH: 212-250-6576 PHILIP.TANCORRA@DB.COM | 4.75% SENIOR NOTES DUE 2023 | | | | $133,657,000 |
| 6 | MCKESSON 1220 SENLAC DRIVE CARROLLTON, TX, 75006 | BERTHA PEREZ PH: 972-446-4463 BERTHA.PEREX@MNKESSON.COM | DISTRIBUTOR FEES | Disputed | | | $70,670,791 |
| 7 | AMERISOURCE BERGEN 1300 MORRIS DR CHESTERBROOK, PA, 19087 | STEVE GRAY PH: 856-686-6137 SGRAY@AMERISOURCEBERGEN.COM | DISTRIBUTOR FEES | | | | $69,906,996 |
| 8 | CARDINAL PO BOX 641231 PITTSBURGH, PA, 15264 | GRACE HIPOL PH: N/A GRACE.HIPOL@CARDINALHEALTH.COM | DISTRIBUTOR FEES | | | | $22,944,066 |
| 9 | ASCENT(PRIME/ESI) SCHAFFHAUSEN LIPO PARK, INDUSTRIESTRASSE 2 SCHAFFHAUSEN, 08207, CH | DREW PATTERSON PH: 314-684-7683 DMPATTERSON@EXPRESS-SCRIPTS.COM | DISTRIBUTOR FEES | | | | $17,271,978 |
| 10 | PHARMATOP 10 SQUARE SAINT FLORENTIN LE CHESNAY, 78150, FR | JULIANNE POWERSPH: 302-636-6705JNPOWERS@WILMINGTONTRUST.COM | CONTRACTCLAIM | | | | $11,533,604 |
| 11 | CVS 1950 NORTH STEMMONS FREEWAY SUITE 5010 DALLAS, TX, 75207 | KEENAN VAN GERVEN PH: 847-559-3663 KEENAN.VANGERVEN@CVSHEALTH.COM | DISTRIBUTOR FEES | | | | $11,393,341 |
| 12 | 9.50% DEBENTURES ADMINISTRATIVE AGENT: US BANK 100 WALL ST STE 600 NEW YORK, NY, 10005 | CAROLINE LEE PH: 917-770-4761 CAROLINE.LEE@USBANK.COM | 9.50% DEBENTURES | | | | $10,388,000 |
| 13 | CA DEPT. OF HEALTH SERVICES DHCS / PHARMACY BENEFIT DIVISION 1501 CAPITOL AVENUE, MS 4604 SACRAMENTO, CA, 95814 | LINH LE PH: 916-345-8563 LINH.LE1@DHCS.CA.GOV | PAYOR REBATES | | | | $10,174,951 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | BRISTOL MYERS SQUIBB COMPANY<br>345 PARK AVENUE<br>NEW YORK, NY, 10154 | BRENDAN COUGHLAN<br>PH: N/A<br>BRENDAN.COUGHLAN@BMS.COM | CONTRACT CLAIM | | | | $9,213,724 |
| 15 | NYS DEPARTMENT OF HEALTH, OHIP<br>15 CORNELL ROAD, SUITE 2201<br>LATHAM, NY, 12110 | COURTNEY SUTTLES<br>PH: 518-220-3811<br>SUTTLESC@MAGELLANHEALTH.COM | PAYOR REBATES | | | | $8,873,476 |
| 16 | FRESENIUS KABI<br>BORKENBERG 14<br>OBERURSEL, 61440, DE | FRANZ KAINZ, PHD<br>PH: +49 (0) 6172 686 4337<br>FRANZ.KAINZ@FRESENIUS-KABI.COM | CONTRACT CLAIM | | | | $8,785,000 |
| 17 | AGENCY FOR HEALTH CARE ADMINISTRATION<br>2727 MAHAN DRIVE<br>TALLAHASSEE, FL, 32308 | ANA ARISTIZABAL<br>PH: 850-412-4080<br>ANA.ARISTIZABAL@AHCA.MYFLORIDA.COM | PAYOR REBATES | | | | $7,161,953 |
| 18 | TEXAS HEALTH & HUMAN SERVICES COMMISSION<br>P.O.BOX 8520; MAIL CODE 2250<br>4900 N. LAMAR<br>AUSTIN, TX, 78708-5200 | LINDA BRUMBLE<br>PH: 512-428-1996 | PAYOR REBATES | | | | $6,212,151 |
| 19 | MICHIGAN DEPT. OF COMMUNITY HEALTH<br>320 S. WALNUT, LEWIS CASS BLDG.<br>P.O. BOX 30223<br>LANSING, MI, 48909 | WAVE HAMILTON<br>PH: 517-241-5511 | PAYOR REBATES | | | | $5,770,063 |
| 20 | AVENTIS PHARMACEUTICALS PRODUCTS, INC.<br>300 SOMERSET CORPORATE CENTER<br>BRIDGEWATER, NJ, 08807 | DAMIAN JANASEK<br>PH: N/A<br>DAMIAN.JANASEK@SANOFI.COM | CONTRACT CLAIM | | | | $5,765,186 |
| 21 | NC DIVISION OF MEDICAL ASSISTANCE<br>11013 WEST BROAD STREET, SUITE 500<br>GLEN ALLEN, VA, 23060 | MAURY ANDERSON<br>PH: 804-548-0336 | PAYOR REBATES | | | | $5,066,967 |
| 22 | 8.00% DEBENTURES<br>ADMINISTRATIVE AGENT:<br>US BANK<br>100 WALL ST STE 600<br>NEW YORK, NY, 10005 | CAROLINE LEE<br>PH: 917-770-4761<br>CAROLINE.LEE@USBANK.COM | 8.00% DEBENTURES | | | | $4,450,000 |
| 23 | ALABAMA MEDICAID AGENCY<br>301 TECHNACENTER DR<br>MONTGOMERY, AL, 36117 | HEATHER VEGA<br>PH: 334-353-4592<br>HEATHER.VEGA@MEDICAID.ALABAMA.GOV | PAYOR REBATES | | | | $3,712,093 |
| 24 | PA DEPT. OF HUMAN SERVICES<br>9TH FLOOR COMMONWEALTH TOWER<br>303 WALNUT STREET<br>HARRISBURG, PA, 17101 | BRITTANY STARR<br>PH: 717-346-8164<br>C-BSTARR@PA.GOV | PAYOR REBATES | | | | $3,552,194 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 25 | WASHINGTON UNIVERSITY IN ST LOUIS  700 ROSEDALE AVENUE  SAINT LOUIS, MO, 63112 | JENNIFER LODGE  PH: (314) 747-0515  LODGEJK@WUSTL.EDU | TRADE VENDOR | | | | $3,347,650 |
| 26 | LOUISIANA DEPART. OF HEALTH & HOSPITALS  15 CORNELL ROAD, SUITE 2201  LATHAM, NY, 12110 | DAVID HASSOUN  PH: 518-220-3879  HASSOUND@MAGELLANHEALTH.COM | PAYOR REBATES | | | | $2,934,038 |
| 27 | HUMANA  500 WEST MAIN ST  LOUISVILLE, KY, 40202 | LEE GROVES  PH: 502-580-9792  LGROVES@HUMANA.COM | DISTRIBUTOR FEES | | | | $2,545,909 |
| 28 | EASTMAN CHEMICAL FINANCIAL CORPORATION  PO BOX 75794  CHARLOTTE, NC, 28275 | JUSTIN HECHT  PH: 423-707-4988  JHECHT@EASTMAN.COM | TRADE VENDOR | | | | $2,393,508 |
| 29 | STATE OF TENNESSEE - TENNCARE  310 GREAT CIRCLE ROAD  NASHVILLE, TN, 37228 | TONI CHAVIS  PH: 615-507-6363  TONI.CHAVIS@TN.GOV | PAYOR REBATES | | | | $2,365,741 |
| 30 | MISSISSIPPI DIVISION OF MEDICAID  385B HIGHLAND COLONY PARKWAY SUITE 300  RIDGELAND, MS, 39157 | KATHERINE THOMAS  PH: 601-206-2900  KATHERINE.THOMAS@CONDUENT.COM | PAYOR REBATES | | | | $2,254,491 |
| 31 | OHIO DEPARTMENT OF JOBS & FAMILY SVCS  45 COMMERCE DRIVE, SUITE 5  AUGUSTA, ME, 4332 | SHARI MARTIN  PH: 207-622-7153  SMARTIN@CHANGEHEALTHCARE.COM | PAYOR REBATES | | | | $2,232,679 |
| 32 | WALGREENS  1417 LAKE COOK RD MS L264  DEERFIELD, IL, 60015 | ZACH MIKULAK  PH: 847-964-4058  ZACHARY.MIKULAK@WALGREENS.COM | DISTRIBUTOR FEES | | | | $2,079,000 |
| 33 | PRIME  1305 CORPORATE CENTER DR  EAGAN, MN, 55121 | PATRICK MCCAW  PH: 612-777-5897  PATRICK.MCCAW@PRIMETHERAPEUTICS.COM | DISTRIBUTOR FEES | | | | $2,007,382 |
| 34 | GEORGIA DEPT OF COMMUNITY HEALTH  11013 WEST BROAD STREET, SUITE 500  GLEN ALLEN, VA, 23060 | HEATHER BROWN  PH: 804-508-0366  HMBROWN1@MAGELLANHEALTH.COM | PAYOR REBATES | | | | $1,989,153 |
| 35 | ARIZONA - AHCCCS  11013 WEST BROAD STREET, SUITE 100  GLEN ALLEN, VA, 23060 | MAURY ANDERSON  PH: 804-548-0336  MBDANIELS@MAGELLANHEALTH.COM | PAYOR REBATES | | | | $1,961,628 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 36 | PHARMACEUTICAL PRODUCT DEVELOPMENT INC<br>26361 NETWORK PLACE<br>CHICAGO, IL, 60673 | JOE PANEGASSER<br>PH: 913-233 6736<br>JOSEPH.PANEGASSER@PPDI.COM | TRADE VENDOR | | | | $1,952,372 |
| 37 | EMERGENT BIOSOLUTIONS INC<br>1111 SOUTH PACA ST<br>BALTIMORE, MD, 21230 | JON LENIHAN<br>PH: 857-654-3530<br>LENIHANJ@EBSI.COM | TRADE VENDOR | | | | $1,769,513 |
| 38 | SC DEPARTMENT OF HEALTH & HUMAN SERVICES<br>11013 W. BROAD ST., SUITE 500<br>GLEN ALLEN, VA, 23060 | JOHN COX<br>PH: 804-548-0344<br>JDCOX1@MAGELLANHEALTH.COM | PAYOR REBATES | | | | $1,767,897 |
| 39 | PATHEON<br>5900 MARTIN LUTHER KING JR HWY<br>GREENVILLE, NC, 27834 | TEGAN SMITH<br>PH: +44 7469159201<br>TEGAN.SMITH@THERMOFISHER.COM | TRADE VENDOR | | | | $1,730,062 |
| 40 | MISSOURI DEPARTMENT OF SOCIAL SERVICES DIVISION OF MEDICAL SERVICES<br>P.O. BOX 6500<br>615 HOWERTON COURT<br>JEFFERSON CITY, MO, 65102-6500 | REBATE CONTACT FOR DRUG REBATE PROGRAM<br>PH: 573-526-5664 | PAYOR REBATES | | | | $1,713,414 |
| 41 | IQVIA<br>23 COBHAM DR<br>ORCHARD PARK, NY, 14127 | MARK HENDRICKS<br>PH: 619-208-2566<br>MARK.HENDRICKS@IQVIA.COM | TRADE VENDOR | | | | $1,658,160 |
| 42 | WI DIVISION OF HEALTHCARE ACCESS<br>DRUG REBATE - CASH UNIT<br>313 BLETTNER BLVD<br>MADISON, WI, 53784 | JODI HETTINGA<br>PH: 608-224-6681<br>JODI.HETTINGA@WISCONSIN.GOV | PAYOR REBATES | | | | $1,489,760 |
| 43 | IL DEPT OF HEALTHCARE & FAMILY SERVICES<br>201 S. GRAND AVENUE EAST - 2ND FLOOR<br>SPRINGFIELD, IL, 62763-0002 | BRADLEY WALLNER<br>PH: 217-524-7161<br>BRAD.WALLNER@ILLINOIS.GOV | PAYOR REBATES | | | | $1,474,414 |
| 44 | KAISER<br>300 PULLMAN ST<br>LIVERMORE, CA, 94551 | WINNIE NG<br>PH: 925-294-7212<br>WINNIE.NG@KP.ORG | DISTRIBUTOR FEES | | | | $1,444,760 |
| 45 | UNITED BIOSOURCE CORPORATION<br>PO BOX 75828<br>BALTIMORE, MD, 21275 | BRETT HUSELTON<br>PH: 484-744-1666<br>BRETT.HUSELTON@UBC.COM | TRADE VENDOR | | | | $1,437,854 |
| 46 | NV DIV. HEALTH CARE FINANCING & POLICY<br>1100 E. WILLIAM STREET<br>CARSON CITY, NV, 89701 | IAN KNIGHT<br>PH: 775-684-3775<br>I.KNIGHT@DHCFP.NV.GOV | PAYOR REBATES | | | | $1,426,871 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 47 | VA DEPT OF MEDICAL ASSISTANCE SERVICES  11013 WEST BROAD STREET  GLEN ALLEN, VA, 23060 | MAURY ANDERSON  PH: 804-548-0336  MBDANIELS@MAGELLANHEALTH.COM | PAYOR REBATES | | | | $1,349,789 |
| 48 | WOLSELEY INDUSTRIAL GROUP  PO BOX 100286  ATLANTA, GA, 30384 | ANGELA CHAPA  PH: 317-408-9160  ANGELA.CHAPA@WOLSELEYIND.COM | TRADE VENDOR | | | | $1,282,328 |
| 49 | CATALENT PHARMA SOLUTIONS  25108 NETWORK PLACE  CHICAGO, IL, 60673 | MARY LEE SCHIESZ  PH: 732-354-2989  MARYLEE.SCHIESZ@CATALENT.COM | TRADE VENDOR | | | | $1,226,572 |
| 50 | DISTRICT OF COLUMBIA  750 FIRST STREET, N.E., SUITE 1020  WASHINGTON, DC, 20002 | BARRY POPE  PH: 202-906-8353  BARRY.POPE@CONDUENT.COM | PAYOR REBATES | | | | $1,204,380 |

Fill in this information to identify the case and this filing:

Debtor Name  <u>Mallinckrodt Hospital Products IP Unlimited Company</u>

United States Bankruptcy Court for the: <u>District of Delaware</u>
(State)

Case number (*If known*): _____

<u>Official Form 202</u>
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ *Amended Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☒ *Other document that requires a declaration* <u>Corporate Ownership Statement; List of Equity Security Holders</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>10/12/2020</u>
MM / DD / YYYY

✘ */s/ Bryan M. Reasons*
Signature of individual signing on behalf of debtor

<u>Bryan M. Reasons</u>
Printed name

<u>Director</u>
Position or relationship to debtor